Inquiries that display to companies (may impact your credit score)
This section lists companies that requested your credit file. Credit grantors may view these requests when evaluating your credit worthiness. Employment inquiries do not impact your credit score.

| Company Information | Inquiry Date(s) |
|---|---|
| Toyota of Winter Haven<br>4099 Lake Alfred Rd Mirade Toyota Winter Haven, | 08/17/2007 05/15/2007 |
| FL 33881-9008 | |
| R & B Receivables Management<br>860 S Northpoint Blvd Inc/Dba R&B Solutions | 07/18/2007 |
| Waukegan, IL 60085-8211 | |

(Continued On Next Page)

Page 7 of 14

8086042955031-00061852S-1160 - 2734 - BS

| Company Information | Inquiry Date(s) |
|---|---|
| Southeast Toyota Finance<br>120 Jim Moran Blvd Mail Drop WOFDF115 Deerfield<br>Beach, FL 33442-1702 | 07/02/2007 06/14/2007 |
| Regional Acceptance<br>1200 E Firetower Rd Attn:Cdv Analyst Greenville, NC 27858-6179 Phone: (252)<br>756-6148 | 07/02/2007 05/17/2007 |
| Wachovia Dealer Services | 07/02/2007 |
| Amecredit Financial Services<br>801 Cherry St Ste 3900 Fort Worth, TX<br>76102-6803 | 07/02/2007 05/17/2007 05/15/2007 |
| Citifinancial Auto #9496<br>33880-4452 | 06/30/2007 05/15/2007 |
| Credit Automotive::TOYOTA OF WINTER HAV<br>311 Cypress Gardens Blvd Winter Haven, FL | 06/29/2007 |
| First American Way Poway, CA 92064-6697 Phone: (800) 637-2422<br>Capital One<br>11011 W Broad St Glen Allen, VA<br>23060-5937 | 06/14/2007 |
| ON Acceptance Corp.<br>1160 W Newport Center Dr Ste 116 Deerfield Beach, FL 33442-7742 Phone: (954)<br>570-6655 | 05/17/2007 05/15/2007 |
| Hill Oldsmobile Nissan, Inc.<br>401 6th St SW Winter Haven, FL<br>33880-3321 | 05/15/2007 |
| T Thomas Chevrolet<br>1025 Bartow Rd Lakeland, FL<br>33801-5831 | 05/06/2007 |